UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 23-92 |
| v. | * | SECTION: "MAG" |
| DIANTA TROPEZ | * | |

\*   \*   \*

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through David Haller, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **DIANTA TROPEZ (B/M, DOB: xx/xx/1994)** is now confined in the **Orleans Justice Center, New Orleans, Louisiana,** in the custody of the Sheriff of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **DIANTA TROPEZ** is charged in the United States District Court for the Eastern District of Louisiana with using, carrying, possessing, and brandishing a firearm, during, in relation to, and in furtherance of crime of violence, assault on a federal officer with a deadly or dangerous weapon, conspiracy to distribute controlled dangerous substance, distribution of a controlled dangerous substance, possession of a firearm by a convicted felon, and robbery/assault of person with money of the United States and that it is necessary for the said **DIANTA TROPEZ** to appear for an initial appearance in the United States District Court for the Eastern District of Louisiana on or before the 13th day of September, 2023, at 02:00 p.m., before the Duty Magistrate, after which **DIANTA TROPEZ** is to remain in the custody of the U.S.

```
__Fee_____
_/_Process_____
X_Dktd_____
__CtRmDep_____
__Doc.No._____
```

Marshal until resolution of federal charges pending against him.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Sheriff of the Orleans Justice Center, requiring him to surrender the body of said **DIANTA TROPEZ** to the Bureau of Alcohol, Tobacco, Firearms and Explosives to be thereafter produced in the United States District Court for the Eastern District of Louisiana on or before the 13th day of September, 2023, at 02:00 p.m. before the Duty Magistrate Judge, after which **DIANTA TROPEZ** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/ David E. Haller
DAVID E. HALLER
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras St., Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3117
Email: David.Haller@usdoj.gov